THE STATE v. F. C. WILLIAMS, *Appellant.*

Division Two, November 9, 1897.

1. **Appeals:** CRIMINAL LAW: NO BILL OF EXCEPTIONS. When no bill of exceptions is filed and no error appears in the record proper, the judgment will be affirmed on appeal.

2. **Transcript:** COPY OF INSTRUCTIONS: CLERK. The circuit clerk should not copy the instructions into the transcript, as such matters can only be preserved by a bill of exceptions. The Supreme Court can not notice instructions set out in the transcript unless the evidence has been preserved in a bill of exceptions.

*Appeal from St. Louis City Circuit Court.*—HON. JAMES E. WITHROW, Judge.

AFFIRMED.

State v. Dillard.

*Edward· C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.

Defendant failed to file his bill of exceptions in time.  We have nothing save the record proper before us subject to examination.  The instructions appear to have been preserved, but this court will not take them under consideration when not accompanied by the evidence.  The indictment charges grand larceny in the usual manner approved by this court, and it is therefore free from attack.

SHERWOOD, J.—Five years in the penitentiary was the term awarded to defendant for grand larceny by the jury that tried him.  There is no bill of exceptions here, and there is nothing preserved, although the instructions have been copied into the transcript. Such matters can only be preserved by and in a bill of exceptions, and even if the instructions had been properly preserved, we could not notice them unless the evidence had also been preserved.  The clerk should not have copied the instructions into the transcript.

No error being found in the record, judgment affirmed.  All concur.

---

THE STATE v. DILLARD, *Appellant*.

Division Two, November 9, 1897.

Appeals: CRIMINAL LAW: NO BILL OF EXCEPTIONS. When no bill of exceptions is filed and no error appears in the record proper, the judgment will be affirmed on appeal.